# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK A. KESSLER, | |
| Plaintiff, | NO. 3:17-CV-2231 |
| v. | (JUDGE CAPUTO) |
| BOROUGH OF FRACKVILLE, *et al*., | |
| Defendants. | |

## **ORDER**

**NOW**, this 8th day of May, 2018, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 14) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge
